DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALLEN EUGENE BYTHWOOD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1923

[September 17, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael C. Heisey, Judge; L.T. Case No. 2002CF003867B.

Allen Eugene Bythwood, Madison, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Pedroza v. State,* 291 So. 3d 541 (Fla. 2020)

KUNTZ, C.J., GROSS and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***